IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-00893-RPM

JOSEPH CRUDUP,

        Plaintiff,

v.

DURANGO POLICE DEPARTMENT, an agency of the City of Durango, and
GEOFFREY BENNETT,

        Defendants.

## ORDER OF DISMISSAL

This matter having come before the Court on the Stipulation for Dismissal with Prejudice filed on July 12, 2005, it is

ORDERED that the complaint is hereby dismissed with prejudice, each party to bear its own costs and attorneys fees.

Dated: July 13th, 2005

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge